JAMES A. TICE, Appellant, *v.* JAMES A. TICE, Jr., et al., Respondents.

(Argued December 21, 1876 ; decided January 16, 1877.)

DECIDED on the facts in the case.

*Henry R. Selden* for the appellant.

*Geo. C. Greene* for the respondents

MILLER, J., reads for reversal of order of General Term and affirmance of judgment of Special Term.

All concur, except CHURCH, Ch. J., dissenting ; EARL, J., absent.

Order reversed and judgment affirmed.